108 F.3d 328
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Sidney ABBOTT, Plaintiff, Appellant,
v.
Randon BRAGDON, D.M.D., Defendant, Appellee.
 No. 96-1644.
 United States Court of Appeals, First Circuit.
 March 5, 1997.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge]
 David G. Webbert and Bennett H. Klein, with whom Johnson, Webbert & Laubenstein and Gay and Lesbian Advocates were on brief, for plaintiff Sidney Abbott.
 John W. McCarthy, with whom Brent A. Singer and Rudman & Winchell were on brief, for defendant Randon Bragdon, D.M.D.
 Before SELYA, Circuit Judge, ALDRICH, Senior Circuit Judge, and STAHL, Circuit Judge.
 PER CURIAM.
 
 
 1
 This is a protective appeal, taken by a prevailing plaintiff as a precaution, should we see fit to reverse or vacate a summary judgment entered in her favor by the district court. We have today issued an opinion affirming the summary judgment. See Abbott v. Bragdon, No. 96-1643. We therefore dismiss this appeal as moot.
 
 
 2
 Appeal dismissed. No costs.